# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M10 | F5457635 | P. Legg | 2284 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 06-28-2022 @ 12:50 | 36 CFR 261.3(b) |

Place of Offense: FS Rd 4241

Offense Description: Factual Basis for Charge  HAZMAT ☐

Giving false, fictitious, or fraudulent information to a forest officer.

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Warner | Darcy | L |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8B HY 234 | ID | '13 | CHRY 5D | | BLU |

A ☐ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☑ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 300.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 330.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*F5457635*  FS-5300-4 (1/2021)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached PC Statement

The foregoing statement is based upon:
☐ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07-21-2022   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident