UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARCY L. WARNER,<br><br>Defendant. | 9:22-PO-5086-KLD<br>Ticket Number: F5457635 and<br> F5457634<br>Location Code: M10<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Darcy L. Warner, was present in court and entered a plea of no contest to the charges of: GIVING FALSE FICTITIOUS OR FRAUDULANT INFORMATION TO A FOREST SERVICE OFFICER and USING A RESIDENCE ON NATIONAL FOREST SYSTEM LANDS.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1.  Defendant must pay a fine in the amount of $100.00 plus $40.00 in fees for GIVING FALSE FICTITIOUS OR FRAUDULANT INFORMATION TO A FOREST SERVICE OFFICER and $100.00 plus $40.00 in fees for USING A RESIDENCE ON NATIONAL FOREST SYSTEM LANDS for a total of $280.00. The fines shall be paid as follows: Defendant shall pay $25.00 per month starting February 9, 2023, and then every month thereafter until paid in full.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: December 12, 2022.

12/12/2022
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge